AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

AMEL DALLUGE,

                Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

                v.

ATTORNEY JERRY MOBERG,

                                          CASE NUMBER: CV-10-463-CI

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the court ADOPTS the Report and Recommendation. The First Amended Complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

May 11, 2011                                            JAMES R. LARSEN
*Date*                                                           *Clerk*
                                                                 s/ Sheila Parpolia
                                                                 *(By) Deputy Clerk*
                                                                 Sheila Parpolia